UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
VICTOR MEDRANO  
NOHELIA MEDRANO

CASE NO. 03-15105-BKC-AJC

MAY 14 2010

U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.
MIAMI - OFFICE

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 52.83 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: MAY 13 2010

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

VICTOR MEDRANO  
NOHELIA MEDRANO  
12841 SW 43RD DRIVE, 156A  
MIAMI, FL 33175

PATRICK L. CORDERO, ESQUIRE  
198 NW 37 AVENUE  
MIAMI, FL 33125

WORLDWIDE ASSET PURCHASING,LLC  
C/O WORLDWIDE ASSET MGMT.,LLC  
PO BOX 672047  
MARIETTA, GA 30006

CHEVRON CREDIT BANK, N.A.  
2001 DIAMOND BLVD.  
PO BOX 5010, SECT. 230  
CONCORD, CA 94524-0010

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   03-15105-BKC-AJC
VICTOR MEDRANO
NOHELIA MEDRANO

                                          CHAPTER 13


VICTOR MEDRANO
NOHELIA MEDRANO
12841 SW 43RD DRIVE, 156A
MIAMI, FL 33175


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


WORLDWIDE ASSET PURCHASING, LLC----------$          7.14
C/O WORLDWIDE ASSET MGMT., LLC
PO BOX 672047                             UNDELIVERABLE/STALE
MARIETTA, GA 30006                        CLAIM REGISTER# 8

CHEVRON CREDIT BANK, N.A.        ---------$         45.69
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230                    UNDELIVERABLE/STALE
CONCORD, CA 94524-0010                    CLAIM REGISTER# 4

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130